NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3073

FAE DRISCOLL,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

ON MOTION

O R D E R

Fae Driscoll moves for the court to accept the petitioner's nonconforming brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted and the brief is accepted for filing.

(2)    Counsel is informed that in future cases a certificate of interest must be included within a brief. Fed. Cir. R. 28(a)(1). Counsel is also informed that in future cases an opening brief may likely be rejected if counsel does not ensure that footnotes are in the proper type size.

FOR THE COURT

JUL 01 2009
_____
       Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Keith Goffney, Esq.
       Michelle A. Windmueller, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 1 2009

JAN HORBALY
CLERK